Certificate Number: 14424-PAM-DE-036792773

Bankruptcy Case Number: 22-01550



14424-PAM-DE-036792773

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2022, at 3:45 o'clock PM EDT, Iulian Bika completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 29, 2022

By: /s/Edsie Lim

Name: Edsie Lim

Title: Certified Personal Finance Counselor