Certificate Number: 14424-PAM-DE-036793843

Bankruptcy Case Number: 22-01550


14424-PAM-DE-036793843

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on August 29, 2022, at 7:58 o'clock PM EDT, Christina Bika completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 29, 2022         By:    /s/Edsie Lim

                                 Name:  Edsie Lim

                                 Title:  Certified Personal Finance Counselor