United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Iulian Bika  
Christina Bika  
    Debtors

Case No. 22-01550-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 11, 2022      Form ID: pdf010      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Iulian Bika, Christina Bika, 118 Smithtown Drive, Greentown, PA 18426 |
| aty | + | Jeb Singer, 1 Liberty Plaza, New York, NY 10006-1404 |
| 5491119 | | Cristina Bika, 118 Smithtown Dr., Greentown, PA 18426 |
| 5491122 | | Jack Williams, 17-Hamlin 576 Easton Turnpike, Lake Ariel, PA 18436 |
| 5491123 | | Lakeview Loan Servicing, LLC, P.O. Box 8088, Virginia Beach, VA 23450 |
| 5491124 | + | New York State Department of Taxation and Fin, W.A. Harriman Campus, Albany, NY 12227-0001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 11 2022 19:12:25 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 11 2022 19:12:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5491116 | ^ | MEBN | Oct 11 2022 19:06:42 | Aspire, P.O. Box 650832, Dallas, TX 75265-0832 |
| 5491117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2022 19:12:27 | Best Buy, PO Box 70601, Philadelphia, PA 19176-0601 |
| 5491118 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 11 2022 19:12:25 | Capital One Auto Finance, P.O.Box 60511, City Of Industry, CA 91716-0511 |
| 5491863 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 11 2022 19:12:25 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5491120 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 11 2022 19:08:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5491121 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 11 2022 19:08:00 | IRS -- Department of Treasury, P.O. Box 7122, San Francisco, CA 94120-7122 |
| 5491125 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 11 2022 19:12:25 | Synchrony, 140 Wekiva Springs Road, Longwood, FL 32779-3604 |
| 5491219 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 11 2022 19:12:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill M. Spott (Trustee) | jspottesq@sheilslaw.com PA92@ecfcbis.com |
| Laurel Grass | on behalf of Debtor 1 Iulian Bika laurel@grasslawgroup.com |
| Laurel Grass | on behalf of Debtor 2 Christina Bika laurel@grasslawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Iulian Bika

                      Debtor 1 | Chapter: 7
Case No.: 5:22-bk-01550-MJC

Christina Bika

                      Debtor 2

## ORDER DISMISSING CASE

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtors be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 7, 2022