UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-------------------------------------------------------X
In re                                                             Case No. 1-22-41122-JMM
                                                                     Chapter 11

IULIAN AND CRISTINA BIKA

    Debtora
-------------------------------------------------------X

## [PROPOSED] ORDER SETINGREINSTATING CASE

**WHEREAS,** this case was filed on August 22, 2022; and

**WHEREAS,** the initial meeting of creditors took place on September 23, 2023; and

**WHEREAS,** this case was dismissed on October 7, 2022, the Court dismissed this case for the Debtors' failure to file forms required pursuant to Section 521i of the Code. Specifically, the Debtors, through counsel, had failed to file pay stubs; and

**WHEREAS,** the Debtors filed this Motion to set aside the dismissal and reinstate this case;

**WHEREAS,** this Court has considered the Motion and finds there to be grounds to set aside the dismissal and reinstate the case; it is therefore

**ORDERED,** that the dismissal of this case is set aside; and it is further

**ORDERED,** that this case is hereby reinstated.