United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01550-MJC |
| Iulian Bika | Chapter 7 |
| Christina Bika | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 22, 2023 | Form ID: nthrgreq | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Jeb Singer, 1 Liberty Plaza, New York, NY 10006-1404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| Laurel Grass | on behalf of Debtor 1 Iulian Bika lgrass@leechtishman.com |
| Laurel Grass | on behalf of Debtor 2 Christina Bika lgrass@leechtishman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>   Iulian Bika<br><br>   **Debtor 1**<br><br>Christina Bika<br><br>   **Debtor 2** | Chapter: 7<br><br>Case number: 5:22−bk−01550−MJC<br><br>Document Number: 34<br><br>Matter: Motion to set aside dismissal and reinstate case. |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 22, 2022.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main Street,<br>Wilkes−Barre, PA 18701 | Date: 3/21/23<br><br>Time: 10:00 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 22, 2023 |

nthrgreq(02/19)