```
CO.   FILE     DEPT   CLOCK  VCHR. NO.  020
9RQ   011883          DRMAN  0000280001   1
              SEQ 001266
```

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

# Earnings Statement

**ADP**

Period Beginning: 07/05/2022
Period Ending:    07/11/2022
Pay Date:         07/14/2022

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   NY: 1

IULIAN BIKA
118 SMITH VIEW DR.
GREENTOWN PA 18426

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  | 27.1258 | 40.00 | 1,085.03 | |
| Overtime | 40.6887 |  1.00 |    40.69 | |
| Gross Pay | | | $1,125.72 | 33,893.72 |

**Deductions**

Statutory

| | | |
|---|---|---|
| Federal Income Tax      | -81.26 | 2,368.83 |
| Social Security Tax     | -69.79 | 2,101.41 |
| Medicare Tax            | -16.32 |   491.46 |
| NY State Income Tax     | -48.76 | 1,447.56 |
| NY Paid Family Leave Ins|  -5.75 |   173.21 |

Other

| | | |
|---|---|---|
| 401K $      | -50.00* | 1,400.00 |
| Cope        |         |    56.00 |
| Union Dues  |         |   525.00 |

| | |
|---|---|
| Net Pay   | $853.84 |
| Checking  | -853.84 |
| Net Check |   $0.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,075.72

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Cope              | | 56.00 |
| Union Dues        | | 75.00 |
| Bal Hours/Ear A   | | -16.00 |
| Bal Hours/Ear F   | | -16.00 |
| Bal Hours/Ear H   | | -40.00 |
| Bal Hours/Ear V   | | -160.00 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 212-247-2603

BASIS OF PAY: HOURLY

---

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

Advice number: 00000280001
Pay date: 07/14/2022

Deposited to the account of
IULIAN BIKA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx6982 | xxxx xxxx | $853.84 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VOHR. NO. | 020 |
| 9RQ | 011883 | | DRMAN | 0000290001 | 1 |

SEQ 000798

**258 RIVERSIDE OWNERS CORP.**
**C/O ORSID REALTY CORP.**
**156 WEST 56TH STREET 6TH FLOOR**
**NEW YORK, NY 10019**

# EARNINGS STATEMENT

| | |
|---|---|
| Period Beginning: | 07/12/2022 |
| Period Ending: | 07/18/2022 |
| Pay Date: | 07/21/2022 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  NY: 1

IULIAN BIKA
118 SMITH VIEW DR.
GREENTOWN PA 18426

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.1258 | 40.00 | 1,085.03 | |
| Overtime | 40.6887 | 1.00 | 40.69 | |
| Recognitio | | | | 3,000.00 |
| **Gross Pay** | | | **$1,125.72** | 38,019.44 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -81.26 | 2,666.61 |
| | Social Security Tax | -69.80 | 2,357.21 |
| | Medicare Tax | -16.32 | 551.28 |
| | NY State Income Tax | -48.76 | 1,629.32 |
| | NY Paid Family Leave Ins | -5.75 | 194.29 |
| **Other** | | | |
| | 401K $ | -50.00* | 1,450.00 |
| | Cope | | 56.00 |
| | Union Dues | | 525.00 |
| **Net Pay** | | **$853.83** | |
| | Checking | -853.83 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cope | | 56.00 |
| Union Dues | | 75.00 |
| Bal Hours/Ear A | | -16.00 |
| Bal Hours/Ear F | | -16.00 |
| Bal Hours/Ear H | | -40.00 |
| Bal Hours/Ear V | | -160.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 212-247-2603

BASIS OF PAY: HOURLY

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,075.72

---

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

Advice number: 00000290001
Pay date: 07/21/2022

**THIS IS NOT A CHECK**

Deposited to the account of
IULIAN BIKA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx6982 | xxxx xxxx | $853.83 |

**NON-NEGOTIABLE**

**Earnings Statement** ADP

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

| | |
|---|---|
| Period Beginning: | 07/19/2022 |
| Period Ending: | 07/25/2022 |
| Pay Date: | 07/28/2022 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  NY: 1

IULIAN BIKA
118 SMITH VIEW DR.
GREENTOWN PA 18426

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.1258 | 32.00 | 868.03 | |
| Overtime | 40.6887 | 1.00 | 40.69 | |
| Recognitio | | | | 3,000.00 |
| **Gross Pay** | | | **$908.72** | 38,928.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -55.22 | 2,721.83 |
| | Social Security Tax | -56.34 | 2,413.55 |
| | Medicare Tax | -13.18 | 564.46 |
| | NY State Income Tax | -36.07 | 1,665.39 |
| | NY Paid Family Leave Ins | -4.64 | 198.93 |
| | Other | | |
| | 401K $ | -50.00* | 1,500.00 |
| | Cope | | 56.00 |
| | Union Dues | | 525.00 |
| | **Net Pay** | **$693.27** | |
| | Checking | -693.27 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cope | | 56.00 |
| Union Dues | | 75.00 |
| Bal Hours/Ear A | | -16.00 |
| Bal Hours/Ear F | | -16.00 |
| Bal Hours/Ear H | | -40.00 |
| Bal Hours/Ear V | | -160.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 212-247-2603

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages
  Your federal taxable wages this period are $858.72

© 1998, 2006. ADP, INC All Rights Reserved.
© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

| | |
|---|---|
| Advice number: | 00000300001 |
| Pay date: | 07/28/2022 |

Deposited to the account of
IULIAN BIKA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx6982 | xxxx xxxx | $693.27 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT | CLOCK | VCHR NO. | 020 |
|-----|------|------|-------|----------|-----|
| 9RQ | 011883 | | DRMAN | 0000310001 | 1 |

SEQ 000882

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

# Earnings Statement

**ADP**

Period Beginning: 07/26/2022
Period Ending: 08/01/2022
Pay Date: 08/04/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  NY: 1

IULIAN BIKA
118 SMITH VIEW DR.
GREENTOWN PA 18426

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 27.1258 | 40.00 | 1,085.03 | |
| Overtime | 40.6887 | 1.00 | 40.69 | |
| Recognitio | | | | 3,000.00 |
| **Gross Pay** | | | **$1,125.72** | 40,053.88 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -81.26 | 2,803.09 |
| | Social Security Tax | -69.79 | 2,483.34 |
| | Medicare Tax | -16.32 | 580.78 |
| | NY State Income Tax | -48.76 | 1,714.15 |
| | NY Paid Family Leave Ins | -5.75 | 204.68 |
| | **Other** | | |
| | Cope | -8.00 | 64.00 |
| | Union Dues | -75.00 | 600.00 |
| | 401K $ | -50.00* | 1,550.00 |
| | **Net Pay** | **$770.84** | |
| | Checking | -770.84 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Cope | | 64.00 |
| Union Dues | | 75.00 |
| Bal Hours/Ear A | | -16.00 |
| Bal Hours/Ear F | | -16.00 |
| Bal Hours/Ear H | | -40.00 |
| Bal Hours/Ear V | | -160.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 212-247-2603

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,075.72

---

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

Advice number: 00000310001
Pay date: 08/04/2022

**THIS IS NOT A CHECK**

Deposited to the account of
IULIAN BIKA

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxx6982 | xxxx xxxx | $770.84 |

**NON-NEGOTIABLE**

| | | | | | CO. | FILE | DEPT. | CLOCK. | VCHR. NO. | 020 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 9RQ | 011883 | | DRMAN | 0000320001 | 1 | | |

SEQ 000900

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

# Earnings Statement

Period Beginning: 08/02/2022
Period Ending: 08/08/2022
Pay Date: 08/11/2022

ADP

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  NY: 1

IULIAN BIKA
118 SMITH VIEW DR.
GREENTOWN PA 18426

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.1258 | 32.00 | 868.03 | |
| Overtime | 40.6887 | 1.00 | 40.69 | |
| Recognitio | | | | 3,000.00 |
| Gross Pay | | | $908.72 | 40,962.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -55.22 | 2,858.31 |
| | Social Security Tax | -56.34 | 2,539.68 |
| | Medicare Tax | -13.18 | 593.96 |
| | NY State Income Tax | -36.07 | 1,750.22 |
| | NY Paid Family Leave Ins | -4.64 | 209.32 |
| | Other | | |
| | 401K $ | -50.00* | 1,600.00 |
| | Cope | | 64.00 |
| | Union Dues | | 600.00 |
| Net Pay | | $693.27 | |
| Checking | | -693.27 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cope | | 64.00 |
| Union Dues | | 75.00 |
| Bal Hours/Ear A | | -16.00 |
| Bal Hours/Ear F | | -16.00 |
| Bal Hours/Ear H | | -40.00 |
| Bal Hours/Ear V | | -160.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 212-247-2603

BASIS OF PAY: HOURLY

\* Excluded from federal taxable wages
Your federal taxable wages this period are $858.72

© 1998, 2006. ADP, INC All Rights Reserved.

---

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

Advice number: 00000320001
Pay date: 08/11/2022

**THIS IS NOT A CHECK**

Deposited to the account of
IULIAN BIKA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx6982 | XXXX XXXX | $693.27 |

**NON-NEGOTIABLE**

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

# Earnings Statement

Period Beginning: 08/16/2022
Period Ending: 08/22/2022
Pay Date: 08/25/2022

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
NY: 1

IULIAN BIKA
118 SMITH VIEW DR.
GREENTOWN PA 18426

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.1258 | 32.00 | 868.03 | |
| Overtime | 40.6887 | 1.00 | 40.69 | |
| Recognitio | | | | 3,000.00 |
| Gross Pay | | | $908.72 | 42,780.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -55.22 | 2,968.75 |
| | Social Security Tax | -56.34 | 2,652.36 |
| | Medicare Tax | -13.18 | 620.31 |
| | NY State Income Tax | -36.07 | 1,822.36 |
| | NY Paid Family Leave Ins | -4.64 | 218.60 |
| | Other | | |
| | 401K $ | -50.00* | 1,700.00 |
| | Cope | | 64.00 |
| | Union Dues | | 600.00 |
| Net Pay | | $693.27 | |
| | Checking | -693.27 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cope | | 64.00 |
| Union Dues | | 75.00 |
| Bal Hours/Ear A | | -16.00 |
| Bal Hours/Ear F | | -16.00 |
| Bal Hours/Ear H | | -40.00 |
| Bal Hours/Ear V | | -160.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 212-247-2603

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages
Your federal taxable wages this period are $858.72

© 1998, 2006. ADP, INC All Rights Reserved.

---

258 RIVERSIDE OWNERS CORP.
C/O ORSID REALTY CORP.
156 WEST 56TH STREET 6TH FLOOR
NEW YORK, NY 10019

Advice number: 00000340001
Pay date: 08/25/2022

Deposited to the account of
IULIAN BIKA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx6982 | XXXX XXXX | $693.27 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**