United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Iulian Bika  
Christina Bika  
    Debtors

Case No. 22-01550-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 22, 2023     Form ID: pdf010     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Iulian Bika, Christina Bika, 118 Smithtown Drive, Greentown, PA 18426 |
| 5491119 | | Cristina Bika, 118 Smithtown Dr., Greentown, PA 18426 |
| 5491122 | | Jack Williams, 17-Hamlin 576 Easton Turnpike, Lake Ariel, PA 18436 |
| 5491123 | | Lakeview Loan Servicing, LLC, P.O. Box 8088, Virginia Beach, VA 23450 |
| 5491124 | + | New York State Department of Taxation and Fin, W.A. Harriman Campus, Albany, NY 12227-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2023 18:53:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 22 2023 18:53:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5491116 | ^ | MEBN | Mar 22 2023 18:36:00 | Aspire, P.O. Box 650832, Dallas, TX 75265-0832 |
| 5491117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 18:53:02 | Best Buy, PO Box 70601, Philadelphia, PA 19176-0601 |
| 5491118 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 22 2023 18:53:01 | Capital One Auto Finance, P.O.Box 60511, City Of Industry, CA 91716-0511 |
| 5491863 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2023 18:53:01 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5491120 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 22 2023 18:38:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5491121 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2023 18:38:00 | IRS -- Department of Treasury, P.O. Box 7122, San Francisco, CA 94120-7122 |
| 5491125 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 18:53:09 | Synchrony, 140 Wekiva Springs Road, Longwood, FL 32779-3604 |
| 5491219 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 18:53:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 22, 2023 | Form ID: pdf010 | Total Noticed: 15 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeb Singer | on behalf of Debtor 2 Christina Bika jebsinger@gmail.com |
| Jeb Singer | on behalf of Debtor 1 Iulian Bika jebsinger@gmail.com |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| Laurel Grass | on behalf of Debtor 1 Iulian Bika lgrass@leechtishman.com |
| Laurel Grass | on behalf of Debtor 2 Christina Bika lgrass@leechtishman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-----------------------------------------------X
In re                                          Case No. 5:22-bk-01550-MJC

IULIAN BIKA AND CRISTINA BIKA         Chapter 7

        Debtors
-----------------------------------------------X

## ORDER

Upon consideration of Debtors' Motion to Set Aside Dismissal and Reinstate Bankruptcy Case, Dkt. # 34 ("Motion"), no responses having been filed thereto, after a hearing held on March 21, 2023, and for the reasons stated on the record, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Debtors are to file all required documents within seven (7) days of the date hereof or the case will be dismissed without further notice or hearing.

By the Court,

_/s/ Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: March 21, 2023