LOCAL BANKRUPTCY FORM 1007-1(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Iulian Bika and Cristina Bika

Debtor(s)

CHAPTER  7

CASE NO.  5 - 22 -bk- 01550-MJC

CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, Cristina Bika , hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☒ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 03 / 27 / 2023

*cristina bika*
Debtor

*iulian bika*
Joint Debtor



| | |
|---|---|
| Title | Bika |
| File name | LBF_1007-1c.pdf |
| Document ID | 4027a54305ff78531d917d5d43bd6874d483a827 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document history

**SENT**     **03 / 27 / 2023**     Sent for signature to Iulian Bika
               21:52:11 UTC      (tulipanotulipano@yahoo.com) and Cristina Bika
                                          (tulipanotulipano@yahoo.com) from jsinger@singerlawgroup.com
                                          IP: 4.78.163.159

**VIEWED**    **03 / 27 / 2023**     Viewed by Cristina Bika (tulipanotulipano@yahoo.com)
               21:55:02 UTC      IP: 207.44.70.219

**VIEWED**    **03 / 27 / 2023**     Viewed by Cristina Bika (tulipanotulipano@yahoo.com)
               21:55:02 UTC      IP: 207.44.70.219

**VIEWED**    **03 / 27 / 2023**     Viewed by Iulian Bika (tulipanotulipano@yahoo.com)
               21:58:39 UTC      IP: 207.44.70.219

**VIEWED**    **03 / 27 / 2023**     Viewed by Iulian Bika (tulipanotulipano@yahoo.com)
               21:58:39 UTC      IP: 207.44.70.219



| | |
|---|---|
| **Title** | Bika |
| **File name** | LBF_1007-1c.pdf |
| **Document ID** | 4027a54305ff78531d917d5d43bd6874d483a827 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document history

**03 / 27 / 2023**
22:03:34 UTC
SIGNED — Signed by Iulian Bika (tulipanotulipano@yahoo.com)
IP: 207.44.70.219

**03 / 27 / 2023**
22:07:19 UTC
SIGNED — Signed by Cristina Bika (tulipanotulipano@yahoo.com)
IP: 207.44.70.219

**03 / 27 / 2023**
22:07:19 UTC
COMPLETED — The document has been completed.

Powered by Dropbox Sign