In re:  Case No. 22-01550-MJC
Iulian Bika  Chapter 7
Cristina Bika
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2
Date Rcvd: Feb 28, 2024    Form ID: 318    Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Iulian Bika, Cristina Bika, 118 Smithtown Drive, Greentown, PA 18426 |
| 5491122 | | Jack Williams, 17-Hamlin 576 Easton Turnpike, Lake Ariel, PA 18436 |
| 5491123 | | Lakeview Loan Servicing, LLC, P.O. Box 8088, Virginia Beach, VA 23450 |
| 5491124 | + | New York State Department of Taxation and Fin, W.A. Harriman Campus, Albany, NY 12227-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 28 2024 23:47:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Feb 28 2024 23:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5491116 | ^ | MEBN | Feb 28 2024 18:43:59 | Aspire, P.O. Box 650832, Dallas, TX 75265-0832 |
| 5491117 | + | EDI: CITICORP | Feb 28 2024 23:47:00 | Best Buy, PO Box 70601, Philadelphia, PA 19176-0601 |
| 5491118 | + | EDI: CAPONEAUTO.COM | Feb 28 2024 23:47:00 | Capital One Auto Finance, P.O.Box 60511, City Of Industry, CA 91716-0511 |
| 5491863 | + | EDI: AISACG.COM | Feb 28 2024 23:47:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5491120 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 28 2024 18:48:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5491121 | | EDI: IRS.COM | Feb 28 2024 23:47:00 | IRS -- Department of Treasury, P.O. Box 7122, San Francisco, CA 94120-7122 |
| 5491125 | + | EDI: SYNC | Feb 28 2024 23:47:00 | Synchrony, 140 Wekiva Springs Road, Longwood, FL 32779-3604 |
| 5491219 | + | EDI: PRA.COM | Feb 28 2024 23:47:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5491119 | * | Cristina Bika, 118 Smithtown Dr., Greentown, PA 18426 |

District/off: 0314-5                    User: AutoDocke                    Page 2 of 2
Date Rcvd: Feb 28, 2024                 Form ID: 318                       Total Noticed: 14
TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeb Singer | on behalf of Debtor 2 Cristina Bika jebsinger@gmail.com |
| Jeb Singer | on behalf of Debtor 1 Iulian Bika jebsinger@gmail.com |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Laurel Grass | on behalf of Debtor 1 Iulian Bika lgrass@leechtishman.com |
| Laurel Grass | on behalf of Debtor 2 Cristina Bika lgrass@leechtishman.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Iulian Bika | Social Security number or ITIN xxx–xx–7737 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Cristina Bika | Social Security number or ITIN xxx–xx–8345 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22–bk–01550–MJC | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Iulian Bika          Cristina Bika

**By the court:**

_2/28/24_

Mark J. Conway, United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318　　　　　　　　**Order of Discharge**　　　　　　　　page 2